**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 985, 987** |

**Objection Deadline: June 16, 2022 at 4:00 p.m. (ET)**

**FEE NOTICE PURSUANT TO ORDER GRANTING APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR AN ORDER (I) PURSUANT TO BANKRUPTCY CODE SECTIONS 327(A) AND 328(A), BANKRUPTCY RULES 2014(A) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN HARRIS, ECKLAND & ASSOCIATES AS COLLECTION AGENT, EFFECTIVE AS OF MARCH 28, 2022; AND (II) GRANTING WAIVER OF LOCAL RULE 2016-2**

To: (a) the Office of the United States Trustee for the District of Delaware; and (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on April 8, 2022, Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors, filed the *Application of Alfred T. Giuliano, Chapter 7 Trustee, for an Order (I) Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Harris, Eckland & Associates as Collection Agent, Effective as of March 28, 2022; and (II) Granting Waiver of Local Rule 2016-2* (the "Application") [Docket No. 985], with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington,

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).

Delaware 19801 (the "Court"). On April 26, 2022, the Court entered an order granting the Application (the "Order") [Docket No. 987] granting the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee, hereby files this fee notice ("Fee Notice") that Harris, Eckland & Associates ("HEA") as collection agent to pursue collection of certain unclaimed assets held by the State of Florida on behalf of Debtor Evergreen Trade, Inc., effective as of March 28, 2022, has recovered the amounts below and is entitled to the contingency fee recovery listed below:

| Type of Recovery: | Amount of Recovery: | Commission: | Recovery Fee: |
|---|---|---|---|
| Florida Unclaimed Property | $34,945.20 | 5% | $1,747.26 |

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Fee Notice must be made in writing and be filed with the Bankruptcy Court, on or before **June 16, 2022 at 4:00 p.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Trustee: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler and Peter J. Keane (email: bsandler@pszjlaw.com, pkeane@pszjlaw.com); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman (email: benjamin.a.hackman@usdoj.gov)

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE NOTICE, THE TRUSTEE MAY PAY HEA ITS FEE PER THE APPLICATION AND ORDER.

Dated: June 9, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*